UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
ELBERT DAWKINS, on behalf of himself

and all others similarly situated,

Case No.: 1:22-cv-6620

Plaintiff,

-against-

ZUCKER'S BAGELS GRAND CENTRAL, LLC

Defendants.
-------------------------------------------------------------------X

### STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff and Defendant, under Fed. R. Civ. P. 41(a)(1)(A)(ii), hereby stipulate to dismiss this action with prejudice, resolving all matters in dispute having been made and each party to bear its own fees and costs.

Dated: June 9, 2023

Dated: June 9, 2023

*s/Mark Rozenberg*

Mark Rozenberg, Esq.
STEIN SAKS, PLLC
One University Plaza, Suite 620
Hackensack, NJ 07601
201.282.6500
mrozenberg@steinsakslegal.com
*Attorneys for Plaintiff*

*s/Vincent E. Bauer*

Vincent E. Bauer
LAW OFFICES OF VINCENT E. BAUER
425 Madison Ave 17th floor
New York, NY 10017
212-575-1517
v.bauer@verizon.net
*Attorneys for Defendant*

**So Ordered.**

s/Nicholas G. Garaufis
Hon. Nicholas G. Garaufis
Date: 7/7/23